**UNITED STATES of America,**
**Appellee,**

v.

**Larry L. SMITH, Appellant.**

**No. 02–1009.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 5, 2002.

Filed July 16, 2002.

Before HANSEN, Chief Judge, McMILLIAN, and RICHARD S. ARNOLD, Circuit Judges.

PER CURIAM.

Larry L. Smith pleaded guilty to possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and he was sentenced to 135 months imprisonment and 5 years supervised release. He appeals the sentence imposed by the district court.[1] On appeal, his counsel has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Smith has not filed a pro se supplemental brief.

Because Smith knowingly and intelligently waived his right to appeal his sentence as part of his plea agreement, we dismiss this appeal. *See United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver and dismissing appeal in *Anders* case); *United States v. Greger,* 98 F.3d 1080, 1081–82 (8th Cir.1996) (appeal waiver was knowing and intelligent where it was included in plea agreement, it was discussed at change-of-plea hearing, court imposed sentence without objection from defendant, and court reviewed appeal waiver at sentencing).

Having found no nonfrivolous issues relating to Smith's conviction after reviewing the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we grant counsel's motion to withdraw.